IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| JARED ALRLEDGE,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY VAN OVER, ET AL.,<br><br>    Defendant(s). | CASE NO. 7:12CV00486<br><br>FINAL ORDER<br><br>By: James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's civil rights complaint under 42 U.S.C. § 1983, alleging he has been wrongfully sentenced based on defendants' conflicts of interest, is hereby **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is summarily **DISMISSED** without prejudice for failure to exhaust state court remedies; and this action is stricken from the active docket of the court. Finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

    **ENTER:** This 2nd day of November, 2012.

                                        /s/ James C. Turk
                                        Senior United States District Judge